UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                           Case No. 8:97-CR-71-T-27TGW

THOMAS EARNEST COOLEY

_____/

## ORDER REVOKING SUPERVISED RELEASE
## AND
## JUDGMENT AND COMMITMENT

THIS CAUSE is before the Court on this 10th day of August, 2006, on a Petition to Revoke Supervised Release. The Defendant, THOMAS EARNEST COOLEY, appeared with Counsel, Alec Hall, AFPD; and James Muench, AUSA, appeared for the United States of America.

At the hearing on August 9, 2006, the defendant voluntarily admitted the allegations set forth in Counts 1, 2, 3, and 5 in the Petition for Revocation of Supervised Release. The defendant denied the allegation set forth in Count 4, and agreed to submit to a urinalysis at Pretrial Services. The hearing was rescheduled to this date.

After a review of the drug test finding the defendant positive for cocaine, and upon consideration of same, the Court finds that defendant has violated the terms of the Order of Supervised Release entered on August 12, 1997.

It is, therefore, **ORDERED AND ADJUDGED**:

1. The Order of Supervised Release entered herein as to the above named defendant is hereby **REVOKED**.

2. The defendant, **THOMAS EARNEST COOLEY**, is hereby committed to the custody of the Bureau of Prisons for imprisonment for a period of **SIXTY (60) DAYS.**

It is further ORDERED that the Clerk deliver four certified copies of this Order to the United States Marshal or other qualified officer and the copy serve as the commitment of the defendant.

DONE AND ORDERED at Tampa, Florida this 11th day of August, 2006.

JAMES D. WHITTEMORE
UNITED STATES DISTRICT JUDGE

Copies:
- U.S. Attorney's Office
- Defense Counsel
- U.S. Marshal
- U.S. Probation